# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL ANDRADE MENDOZA, | Case No. 3:17-cv-00160-MMD-WGC |
| Plaintiff, | **ORDER** |
| v. | |
| KAREN ABOWD, *et al.*, | |
| Defendants. | |

On October 23, 2017, District Judge Miranda M. Du entered an order adopting a report and recommendation issued by the undersigned, granting Plaintiff's application to proceed in forma pauperis (IFP), but requiring Plaintiff to pay an initial partial filing fee in the amount of $10.33, and monthly payments amounting to twenty percent of the preceding month's income credited to his prison account until the filing fee is paid. The report and recommendation omitted the amount of the filing fee, which the prison's inmate banking services department needs in order to disburse the funds.

It is hereby further ordered that pursuant to 28 U.S.C. § 1915, Plaintiff, through the Nevada Department of Corrections, is required to pay the initial partial filing fee in the amount of $10.33. Thereafter, whenever his prison account exceeds $10, he is required to make monthly payments in the amount of twenty percent of the preceding month's income credited to his account until the full **$350** filing fee is paid. This is required even when the action is dismissed.

The Clerk shall send a copy of this Order to the attention of **Chief of Inmate Services for the Nevada Department of Prisons**, P.O. Box 7011, Carson City, NV 89702.

**IT IS SO ORDERED.**

DATED: November 6, 2017.

_____
WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE