UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DANIEL ANDRADE MENDOZA,<br><br>　　　　　　　　　　Plaintiff,<br>　v.<br>KAREN ABOWD, *et al.*,<br>　　　　　　　　　　Defendants. | Case No. 3:17-cv-00160-MMD-WGC<br><br>ORDER |

This matter is referred to the Court for the limited purpose of determining whether *in forma pauperis* status should continue on appeal (ECF No. 11). This Court certifies that any *in forma pauperis* appeal from its order of dismissal would be frivolous or would not be taken "in good faith" pursuant to 28 U.S.C. § 1915(a)(3). Plaintiff's *in forma pauperis* status should be revoked on appeal. *See Hooker v. American Airlines,* 302 F.3d 1091, 1092 (9th Cir. 2002) (revocation of forma pauperis status is appropriate where district court finds the appeal to be frivolous).

DATED THIS 7th day of November 2017.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE